DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7027
    Kristina.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00397 RS |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM NOVEMBER 17, 2020 TO SEPTEMBER 23, 2022 AND ORDER |
| v. | |
| NICOLE SUNO, A/K/A "NICOLE SHIH", | |
| Defendant. | |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant Nicole Suno, that time be excluded under the Speedy Trial Act from November 17, 2020 through September 23, 2022.

    At the status conference held on November 17, 2020, the government and counsel for the defendant agreed that time be excluded through September 23, 2022 under the Speedy Trial Act because prosecution has been deferred for this period pursuant to a written deferred prosecution agreement with the defendant, with the approval of the Court, for the purpose of allowing the defendant to demonstrate good conduct. 18 U.S.C. § 3161(h)(2). For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time from November 17, 2020 through

September 23, 2022 is appropriate in light of the deferred prosecution agreement. *See* 18 U.S.C. § 3161(h)(2).

The parties further stipulate and agree that, as part of the deferred prosecution agreement and as stated therein, the defendant has agreed to waive all rights to a speedy trial pursuant to the Sixth Amendment of the United States Constitution, Title 18, United States Code, Section 3161, Federal Rule of Criminal Procedure 48(b), and any applicable Local Rules of the United States District Court for the Northern District of California.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 30, 2020                          /s/ Kristina Green
                                                  **KRISTINA GREEN**
                                                  Assistant United States Attorney

DATED: November 30, 2020                          /s/ August Gugelmann
                                                  **AUGUST GUGELMANN**
                                                  Counsel for Defendant Nicole Suno

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on November 17, 2020, IT IS HEREBY ORDERED that the time from November 17, 2020 through September 23, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(2).

IT IS SO ORDERED.

DATED:  November 30, 2020

                                                  **THE HONORABLE RICHARD SEEBORG**
                                                  United States District Judge